NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE DEVICOR MEDICAL PRODUCTS, INC.

---

2011-1413
(Reexamination No. 90/008,995)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## ORDER

Artemis Medical, Inc. moves to substitute Devicor Medical Products, Inc. as the party in interest and to accept its previous certificate of interest.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

AUG 1 8 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Mark P. Levy, Esq.
Raymond T. Chen, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 8 2011

JAN HORBALY
CLERK